IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR DANIEL MEJIA OCAMPO,<br><br>Defendant. | CR 22-126-BLG-SPW-2<br><br>ORDER |

For the reasons stated on the record, Victor Daniel Mejia Ocampo is hereby released from the custody of the U.S. Marshals Service and remanded to the custody of the Bureau of Immigration and Customs Enforcement.

DATED this 8th day of November, 2023.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1